No. 808, Misc.   UNDERWOOD *v.* NEW JERSEY.   Supreme Court of New Jersey.   Certiorari denied.

No. 812, Misc.   LOHRKE *v.* GLADDEN, WARDEN.   Supreme Court of Oregon.   Certiorari denied.

No. 813, Misc.   RODRIGUEZ *v.* NEW YORK.   Appellate Division, Supreme Court of New York, First Judicial Department.   Certiorari denied.

No. 814, Misc.   HILL *v.* NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 815, Misc.   ROOT *v.* CUNNINGHAM.   Supreme Court of Appeals of Virginia.   Certiorari denied.

No. 816, Misc.   LYMORE *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 817, Misc.   LUSTERINO *v.* NEW YORK.   Supreme Court of New York, New York County.   Certiorari denied.   Petitioner *pro se.*   *Frank S. Hogan* and *Harold Roland Shapiro* for respondent.

No. 821, Misc.   STILTNER *v.* RHAY, PENITENTIARY SUPERINTENDENT.   Supreme Court of Washington.   Certiorari denied.

No. 822, Misc.   OTTO *v.* LAUER.   Supreme Court of Ohio.   Certiorari denied.

No. 825, Misc.   CARSON *v.* CUNNINGHAM.   Supreme Court of Appeals of Virginia.   Certiorari denied.